FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

'08 JUL 29 P 4:13

CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK
AT WICHITA, KS

_Barney Miller_

)
)
)
)
)

(Enter above the full name of Plaintiff(s))

)

vs. _State of Kansas_
_Kansas Highway Patrol_
Name
_122 SW 7th St._
Street and number
_Topeka KS 66603_
City        State          Zip Code

)
)
)
)
)
)
)
)
)

Case Number: _08 - 1228 - WEB - DWB_
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):

_____    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

X    American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Other (Describe)

_____

_____

_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:
   2025 E. Iron Ave., Salina KS67401
   (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
   Approximately 1/10/07 to 4/10/07

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   _____ Yes     Date filed: _____
   X No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   X Yes     Date filed: 6-6-07
   _____ No

6. Have you received a Notice of Right-to-Sue Letter?
   X Yes _____ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   _____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   _____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me
_____ termination of my employment
_____ failure to promote me
__X__ failure to accommodate my disability
_____ terms and conditions of my employment differ from those of similar employees
_____ retaliation
_____ harassment
_____ reduction in wages
_____ other conduct (specify):

_____          _____
                                             _____
                                             _____
                                             _____
                                             _____

Did you complain about this same conduct in your charge of discrimination?
__X__ Yes          _____ No

9.    I believe that I was discriminated against because of (check all that apply):

_____ my race or color, which is _____
_____ my religion, which is _____
_____ my national origin, which is _____
_____ my gender, which is _____male; _____female
__X__ my disability or perceived disability, which is *visual impairment*
_____ my age (my birth date is: _____)
_____ other: _____

Did you state the same reason(s) in your charge of discrimination?
__X__ Yes          _____ No

10.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe *A typed version of this statement is attached* specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I don't believe the Kansas Highway Patrol (KHP) had any intent to allow me to test for the Communication Specialist position for which I applied. Prior to my application I discussed my disability (visual impairment) with a KHP representative, and inquired about the position and KHP operations, and whether any accommodation could be made to enable me to accept the position. While no official position was taken then by KHP, I was not dissuaded from applying. After application I received a phone call from Susan Pfannenstiel of KHP during which she discouraged me from testing, and sent me addn'l info regarding the position. I then received a "regret" letter prior to being offered an opportun-

Thereafter, I spoke with Vicki Harding of KHP several times regarding the position and testing process. At that time, I was under the impression that I would be allowed to test. However, I have

(Attach additional sheets as necessary). not been allowed to test and have had no further communication with KHP. I believe I should be allowed to test for the position.

11.    The acts set forth in paragraph 10 of this complaint:
       _____ are still being committed by Defendant.
       _____ are no longer being committed by Defendant.
       __X__ may still be being committed by Defendant.

12.    Plaintiff:
       _____ still works for Defendant
       __X__ no longer works for Defendant or was not hired

13.    If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
       __X__ Yes          _____ No
       Explain: _____
       _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
       _____ Defendant be directed to employ Plaintiff
       _____ Defendant be directed to re-employ Plaintiff
       _____ Defendant be directed to promote Plaintiff
       _____ Defendant be directed to _____
       _____ Injunctive relief (please explain): _____
       __X__ Monetary damages (please explain): undetermined at this time
       _____ Costs and fees involved in litigating this case
       _____ As additional relief to make Plaintiff whole, Plaintiff seeks:_____
       _____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 28th day of _____July_____, 20 08.

Signature of Plaintiff
Barbara Miller
Name (Print or Type)
310 S. Prairie Ave.
Address
Dwight  IL  60420
City State Zip Code

4

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, Kansas City or Topeka ), Kansas as the location for the trial in this matter.         (circle one location)

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes or no ).
                    (circle one)

_____
Signature of Plaintiff

Dated: 7/28/2008
(Rev. 8/07)

5

Employment Discrimination Complaint.
Barney Miller v. State of Kansas, Kansas Highway Patrol.

Item 10 – Essential facts of the case.  This is a typed version of the handwritten
information included in the Complaint.

I don't believe the Kansas Highway Patrol (KHP) had any intent to allow me to test for
the Communication Specialist position for which I applied.  Prior to my application, I
discussed my disability (visual impairment) with a KHP representative, and inquired
about the position and KHP operations, and whether any accommodation could be made
to enable me to accept the position.  While no official position was taken then by KHP, I
was not dissuaded from applying.  After application, I received a phone call from Susan
Pfannenstiel of KHP, during which she discouraged me from testing, and [she] sent me
additional information regarding the position.  I then received a 'regret' letter prior to
being offered an opportunity to test.  Thereafter, I spoke with Vicki Harding of KHP
several times regarding the position and testing process.  At that time, I was under the
impression that I would be allowed to test.  However, I have not been allowed to test and
have had no further communication with KHP.  I believe I should be allowed to test for
the position.

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To:  Barney Miller<br>5400 E. 21st St., Apt. 603<br>Wichita, KS 67208 | From:  Kansas City Area Office<br>Gateway Tower II<br>400 State Avenue<br>Kansas City, KS 66101 |
| --- | --- |

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
| --- | --- | --- |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| 563-2007-01459 | Mark E. Bretches,<br>Investigator | (913) 551-6641 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

_____

**Billie I. Ashton,**
**Director**

5/7/2008
(Date Mailed)

Enclosures(s)

cc:  **KANSAS HIGHWAY PATROL/ST. OF KS.**
**2019 East Iron**
**Salina, KS 67401**

Closure with EEOC
Form 161 (2/08)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days of the date you *receive* this Notice**.  Therefore, you should **keep a record of this date**.  Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to
consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate
State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office.  If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For
example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit
before 7/1/02 – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000.  This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above.  Therefore, if
you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed
within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION    --    Title VII and the ADA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge
file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*