# UNITED STATES DISTRICT COURT

-------------DISTRICT OF KANSAS-----------

**JUDGMENT IN A CIVIL CASE**

BARNEY MILLER,

       Plaintiff,

   v.                                 Case Number: 08-1228

STATE OF KANSAS,
HIGHWAY PATROL,

       Defendant.

    **X Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

Pursuant to the Order filed on December 18, 2009, the pending case is dismissed. The action is dismissed on the merits.

IT IS SO ORDERED.

  12/18/2009

  12/18/2009

                                           TIMOTHY M. O'BRIEN,
                                         Clerk of Court

Date

                                         By:   s/M. Jacobs
                                                  Deputy Clerk